**No. 42652.**—Protests 957568–G, etc., of Powers Mercantile Co. et al. (Minneapolis, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42653.**—Protests 981904–G,. etc., of Bookniga Agency et al. (Los Angeles, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, NOVEMBER 10, 1939

**No. 42654.**—Protest 976834–G of Whittaker, Clark & Daniels, Inc. (New York).

Opinion by CLINE, J. It was stipulated that the talc is incapable of being marked and that the jute bags were the immediate containers of the merchandise. It appeared that the bags were stenciled "Manchilla," which was blurred and illegible. On the authority of Abstract 31825 the protest was overruled.

**No. 42655.**—Protests 845946–G, etc., of Nippon Sauce Mfg. Co. (Los Angeles).

Opinion by EVANS, J. It was stipulated that the soyamint in question is the same as that passed upon in Abstract 40986. The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 42656.**—Protests 991406–G, etc., of Alberti Importing & Exporting Co. et al. (Boston).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 and *Locatelli* v. *United States* (T. D. 49302) the protests were sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 13, 1939

**No. 42657.**—Protest 993268–G of Advance Solvents & Chemical Corporation (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is identical with the iron sand passed upon in *Mantle Lamp Co.* v. *United States* (T. D. 48927). The claim at three-fourths of 1 cent per pound under paragraph 335 was therefore sustained.